**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| E.S. by and through his parents,<br><br>   Plaintiff,<br><br>   v.<br><br>KONOCTI UNIFIED SCHOOL DISTRICT<br><br>   Defendant. | )<br>)<br>)<br>)   **Case No.**  1:10-cv-02245-NJV<br>)<br>)   **ORDER VACATING CMC AND**<br>)   **RELATED DEADLINES, AND**<br>)   **SETTING STATUS CONFERENCE**<br>)   **FOR OCTOBER 12, 2010 at 2:00 p.m.**<br>)<br>)<br>) |

   The Court, having reviewed and considered the parties' stipulation to continue the case management conference, and finding good cause, does hereby ORDER that the October 12, 2010 case management conference is vacated and will be reset after this Court has made a ruling on the Defendant's Motion to Dismiss.

   Rather than a case management conference, the Court will hold a telephonic status conference on Tuesday, October 12, 2010 at 2:00 p.m.  To participate in the status conference via phone, dial 1-888-684-8852 and enter access code 8120805.  After the Court joins the conference as the host, you will be prompted to enter the security code 4487.

   IT IS SO ORDERED

DATED: October 8, 2010              _____
                                    The Honorable Nandor J. Vadas
                                    U.S. District Court for the
                                    Northern District of California