# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| E.S. by and through his parents,<br><br>Plaintiff,<br><br>v.<br><br>KONOCTI UNIFIED SCHOOL DISTRICT<br><br>Defendant. | Case No. 1:10-cv-02245-NJV<br><br>**ORDER TAKING DEFENDANT'S MOTION TO DISMISS UNDER SUBMISSION AND VACATING HEARING.** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's Motion to Dismiss is appropriate for decision without oral argument. The motion will therefore be taken under submission and decided on the papers. The November 16, 2010 hearing is VACATED.

IT IS SO ORDERED

DATED: November 12, 2010      _____
                              The Honorable Nandor J. Vadas
                              United States Magistrate Judge