# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| E.S., by and through his parent C.S., | CASE NO. C-10-002245 NJV |
| Plaintiff, | Order |
| v. | |
| KONOCTI UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

# ORDER

This matter came before the Court on January 4, 2011.

On stipulation of the parties, IT IS ORDERED that:

1. For protection of the minor, the records of the Administrative Hearing shall be sealed and Plaintiff shall lodge them with the Court.

2. Count One and Count Two shall be bifurcated and Count One (the appeal from the State Office of Administrative Hearings decision, OAH CASE No. 2009070974) will be heard and decided first.

3. All matters, including disclosure and discovery, relating to Count II, the 504 claim shall be stayed pending the determination of Count One.

4. The parties have agreed to an early settlement conference before a magistrate judge to be determined. Said conference to be held no later than April 1, 2011.

5. If ADR does not produce settlement, the parties will convene before this Court within

thirty days of the settlement conference for further case management conference.

IT IS SO ORDERED:                              DATED:  January 4, 2011

_____
 HONORABLE NANDOR J. VADAS
United States Magistrate Judge

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER