**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAQUELINE ALFORD,<br><br>              Plaintiff,<br><br>   v.<br><br>HUMBOLDT COUNTY, et al.,<br><br>              Defendants.                              / | No. CV 09-1306 CW (NJV)<br><br>**ORDER REQUIRING PLAINTIFF'S COUNSEL TO FILE MOTION REQUESTING CONTINUANCE OF SETTLEMENT CONFERENCE AND MEDICAL DOCUMENTATION** |

   This matter was referred to Magistrate Nandor J. Vadas to conduct a settlement conference by January 17, 2011.  Doc. No. 49.  The settlement conference was scheduled for January 7, 2011 at 10:00 a.m. in the Eureka Division courthouse requiring appearance in person by lead trial counsel with settlement authority.  Doc. No. 50.

   On January 5, 2011, Plaintiff's counsel requested via email to chambers a continuance of the settlement conference or permission to appear by telephone due to a sinus infection, stating that "I am not compromising my health and I have given the Court two viable options."  The Court orders Plaintiff to file a motion by January 6, 2011 for a continuance of the January 7, 2011 settlement conference accompanied by documentation from a physician regarding counsel's physical condition and ability to travel.

**IT IS SO ORDERED.**

Dated: January 5, 2011

NANDOR J. VADAS
United States Magistrate Judge