1    Mandy G. Leigh (SBN 225748)
     Sarah J. Fairchild (SBN 238469)
2    LEIGH LAW GROUP
     870 Market Street, Suite 1161
3    San Francisco, CA 94102
     Telephone:     415-399-9155
4    Facsimile:     415-399-9608
5
     *Attorneys for Plaintiff E.S. by and through his parent C.S.*
6

7            **IN THE UNITED STATES DISTRICT FOR**
             **THE NORTHERN DISTRICT OF CALIFORNIA**
8

9    E.S., by and through his parent C.S.,          )    **Case No.   10-02245 NJV**
                                                     )
10           Plaintiff,                              )    **STIPULATION TO TRANSFER**
                                                     )    **JURISDICTION TO MAGISTRATE**
11      v.                                           )    **DONNA M. RYU FOR ALL**
                                                     )    **FURTHER PROCEEDINGS**
12   KONOCTI UNIFIED SCHOOL DISTRICT,                )
                                                     )
13           Defendants.                             )
                                                     )
14   _____       )

15          Pursuant to 28 USC, Section 636 (c), the parties hereby stipulate to the jurisdiction of

16   Magistrate Judge Donna M. Ryu for all further proceedings in this matter. The parties appeared

17   before Judge Ryu for a settlement conference on March 18, 2011 and reached a full settlement of

18   the case subject only to approval by two governing boards. Judge Ryu agreed to retain jurisdiction

     for purposes of enforcing the settlement agreement.
19

20
     Dated this 21st day of March 2011.            Respectfully submitted,
21

22                                                 By:___/s/ Mandy G. Leigh_____
                                                        Mandy G. Leigh,
23                                                      Attorneys for E.S., by and through his
                                                        Parent C.S.
24

25
                                                   By:___/s/ John A. Drummond_____
26                                                      John A. Drummond,
                                                        Attorney for Konocti Unified School
27                                                      District

Mandy G. Leigh (SBN 225748)
Sarah J. Fairchild (SBN 238469)
LEIGH LAW GROUP
870 Market Street, Suite 1161
San Francisco, CA  94102
Telephone:      415-399-9155
Facsimile:      415-399-9608

*Attorneys for Plaintiff E.S. by and through his parent C.S.*

### IN THE UNITED STATES DISTRICT FOR
### THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| E.S., by and through his parent C.S., | ) **Case No.   10-02245 NJV** |
|          Plaintiff, | ) **ORDER** |
|     v. | ) **TRANSFERRING JURISDICTION** |
|  | ) **TO MAGISTRATE DONNA M. RYU** |
| KONOCTI UNIFIED SCHOOL DISTRICT, | ) **FOR ALL FURTHER** |
|          Defendants. | ) **PROCEEDINGS** |

The Court, having reviewed and considered the STIPULATION TO TRANSFER

JURISDICTION TO MAGISTRATE DONNA M. RYU FOR ALL FURTHER PROCEEDINGS,

and finding good cause does hereby ORDER that Magistrate Judge Donna M. Ryu shall have

jurisdiction in this matter for all further proceedings.

          IT IS SO ORDERED

Dated this 25th day of April 2011          _____

The Honorable Judge Vadas
Magistrate Judge of the United States District
Court For the Northern District of California