**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.S.,

        Plaintiff(s),

    v.

KONOCTI  UNIFIED  SCHOOL  DISTRICT,

        Defendant(s).
_____/

No. C-10-02245  DMR

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

       Plaintiff E.S. is a minor.  The Court conducted a settlement conference on March 18, 2011, and thus is familiar with Plaintiff's claims.  The Court also reviewed the parties' Settlement and Release Agreement (Docket No. 32).  The Court finds that the agreement constitutes a fair, reasonable and appropriate settlement of Plaintiff's claims.

       The case is hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the Settlement and Release Agreement.

       The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated:  April 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge